FILED

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA 22-0577

\* \* \* \*

THE FRIENDS OF LAKE FIVE, INC., )
and WARD E. "MICK" TALEFF, )
        )
     Appellee/Petitioners, )
vs. )
        )
FLATHEAD COUNTY )
COMMISSION; FLATHEAD )
COUNTY, MONTANA; )
        )
     Appellee/Respondents, )
     and )
        )
SUSAN DIETZ, Individually and )
Trustee of G&M TRUST, )
     Appellant/Respondent. )
        )

**ORDER GRANTING EXTENSION**

In accordance with Rule 26(1), M.R.App.P., the Appellant, Susan Dietz, is granted a 30-day extension of time up to and including Thursday January 26, 2023, to file her Opening Brief in this appeal.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 21 2022